AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

**** DISTRICT OF   NEVADA

ANTHONY B. DOTSON,

       Plaintiff,

v.

NEVADA DEPARTMENT OF
CORRECTIONS, et al.,

       Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NUMBER:  **3:16-cv-00113-MMD-WGC**

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**_X_** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that that Plaintiff's complaint (ECF No. 1-1) is dismissed in its entirety, with prejudice, for failure to state a claim.
     **IT IS FURTHER ORDERED** that the Court certifies that any *in forma pauperis* appeal from this order would not be taken "in good faith" pursuant to 28 U.S.C. § 1915(a)(3).

August 26, 2016

**LANCE S. WILSON**
Clerk


 /s/ K. Rusin
Deputy Clerk